# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GREENTHREAD, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:23-CV-00212-JRG |
| | § | (LEAD CASE) |
| OMNIVISION TECHNOLOGIES, INC., | § § | |
| *Defendant*. | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00157-JRG |
| | § § | |
| TEXAS INSTRUMENTS INC., | § § | |
| *Defendant*. | § § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00179-JRG |
| | § § | |
| OSRAM GMBH,  AMS-OSRAM AG,  AMS SENSORS USA INC., | § § § | |
| | § | |
| *Defendants*. | | |

## ORDER

Before the Court is the Stipulation of Voluntary Dismissal (the "Stipulation") filed by Plaintiff Greenthread LLC ("Greenthread") and Defendants OSRAM GmbH, amsOSRAM AG and ams Sensors USA Inc. (collectively "ams-OSRAM"). (Dkt. No. 107.) In the Stipulation, Greenthread voluntarily dismisses all claims and causes of action against ams-OSRAM with prejudice, and ams-OSRAM dismisses all counterclaims and causes of action against Greenthread without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Greenthread against ams-OSRAM in Member Case No.

2:23-cv-00179 are **DISMISSED WITH PREJUDICE**, and all counterclaims and causes of action asserted by ams-OSRAM against Greenthread in Member Case No. 2:23-cv-00179 are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in Member Case No. 2:23-cv-00179 not expressly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, attorneys' fees, and expenses.

The Clerk is directed to terminate ams-OSRAM as a Defendant and **CLOSE** Member Case 2:23-cv-00179. In view of the live disputes remaining in the above-captioned consolidated cases, the Clerk is directed to **MAINTAIN AS OPEN** the Lead Case 2:23-cv-00212.

**So ORDERED and SIGNED this 18th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE